IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN R. TRUCKEY,<br><br>Defendant. | PO-24-05072-H-KLD<br>VIOLATION: FBJF00BC<br><br>Location Code: M5<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed without prejudice, and all the bench trial scheduled for January 13, 2025 is vacated.

DATED this 26th day of December, 2024.

Kathleen L. DeSoto
United States Magistrate Judge